OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP. 02. 2015

**8/24/2015**
**MENDEZ, VICTOR ALBERTO** Tr. Ct. No. W10-62562-P (A)      WR-83,778-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RTS
discharged

VICTOR ALBERTO MENDEZ
ESTES UNIT - TDC # 1864045
1100 HWY. 1807
VENUS, TX  76084

U T F

NGB  76084